# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

August 30, 2018

Before

WILLIAM J. BAUER, *Circuit Judge*

DANIEL A. MANION, *Circuit Judge*

ILANA DIAMOND ROVNER, *Circuit Judge*

| No. 17-2991 | CITY OF CHICAGO,<br> Plaintiff - Appellee<br><br>v.<br><br>JEFFERSON B. SESSIONS III, Attorney General of the United States,<br> Defendant - Appellant |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:17-cv-05720<br>Northern District of Illinois, Eastern Division<br>District Judge Harry D. Leinenweber ||

    The district court has entered an order setting forth the terms of the permanent injunction as required by Federal Rule of Civil Procedure 65. Accordingly, this appeal is **DISMISSED** for the reasons stated in this court's order issued on August 10, 2018.